IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATHEW HEDRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:22-CV-443-WKW |
| | ) |
| REX LUMBER, TROY, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 13), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant has been dismissed with prejudice by operation of Rule 41, on the terms agreed to by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 3rd day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE